■ STANLEY A. SMYCZYNSKI, Appellant, v GENESIS MARKET-
ING GROUP OF AMERICA, INC., et al., Respondents.—Order
unanimously reversed on the law with costs, motion granted
and cross motion denied. Memorandum: Supreme Court im-
properly granted defendants' cross motion for an order com-
pelling arbitration. That court had previously considered the
propriety of arbitration and, in its order of June 25, 1991,
denied defendants' motion to dismiss the complaint and order
arbitration. Defendants' application was denied "in all re-
spects", and the court directed defendants to serve their
answer to enable the litigation to proceed. Defendants did not
appeal. Because defendants refused to comply with plaintiff's
subsequent discovery demands, plaintiff was obliged to move
to compel discovery and was met with defendants' cross
motion, again seeking arbitration. Notwithstanding its earlier
order denying the request for the same relief, Supreme Court
granted defendants' cross motion. We reverse. Supreme
Court's order denying defendants' request for arbitration and
directing defendants to file an answer constituted the law of
the case and is final and binding upon the parties (see, Siegel,
NY Prac § 448 [2d ed]; see also, Matter of Reilly v Reid, 45
NY2d 24; George W. Collins, Inc. v Olsker-McClain Indus., 22
AD2d 485). Defendants' cross motion was merely a renewed
attempt to obtain the same relief earlier denied by Supreme
Court.

Because defendants failed to show why plaintiff's omnibus
discovery demands should not be met, we reverse the order
denying his motion to compel discovery, and grant the same.

(Appeal from Order of Supreme Court, Erie County, Fallon, J. —Arbitration.) Present—Green, J. P., Lawton, Boehm, Davis and Doerr, JJ.